UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 11329 RWZ CIVIL ACTION NO.

*******************************
CTC COMMUNICATIONS CORP.,      *
                               *
            Plaintiff(s)       *  MAGISTRATE JUDGE _____
vs.                            *  COMPLAINT
                               *
BROCKINGTON SECURITIES, INC.,  *
                               *
            Defendant(s)       *
*******************************

RECEIPT # 65203
AMOUNT $ 250
SUMMONS ISSUED 4/5
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DP
DATE 6/24/05

The Plaintiff, CTC Communications Corp. ("CTC"), by its attorneys COHN & DUSSI, LLC, as and for its Complaint herein alleges as follows:

### THE PARTIES

1. The Plaintiff, CTC COMMUNICATIONS CORP. (hereinafter "Plaintiff"), is a corporation duly organized by law having a usual place of business at 220 Bear Hill Road, Waltham, Middlesex County, Massachusetts.

2. The Defendant, BROCKINGTON SECURITIES, INC. (hereinafter "Defendant"), is a corporation having a usual place of business at 490 Wheeler Road, Hauppauge, New York 11788.

### JURISDICTION

3. This Court has jurisdiction over this claim under 28 U.S.C. Section 1331, as the Defendant's liability arises under a tariff filed with the Federal Communications Commission and Massachusetts Department of Telecommunications and Energy (hereinafter collectively the "F.C.C.").

1

## COUNT I
### (for Services Rendered)

4. The Plaintiff reavers, realleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 3 above with the same full force and effect as if expressly set forth herein.

5. The Defendant owes the Plaintiff the total sum of Twelve Thousand One Hundred Thirty Four and 61/100 Dollars ($12,134.61) for services rendered by the Plaintiff to the Defendant together with interest thereon from November 10, 2004, on or before which date demand for payment was duly made, plus costs.

## COUNT II
### (for Unjust Enrichment)

6. The Plaintiff reavers, realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 5 above.

7. The Plaintiff provided telephone services to the Defendant for an agreed upon price, and the Defendant has failed, refused, neglected and continues to refuse to make payment to the Plaintiff in consideration for the services provided by Plaintiff to the Defendant.

8. As a result of the foregoing, the Defendant has been unjustly enriched in the sum of Twelve Thousand One Hundred Thirty Four and 61/100 Dollars ($12,134.61), which sum the Plaintiff is entitled to recover.

9. As a result of this unjust enrichment, the Defendant owes the Plaintiff the sum of Twelve Thousand One Hundred Thirty Four and 61/100 Dollars ($12,134.61).

## COUNT III
### (Account Annexed)

10. The Plaintiff reavers, realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 9 above with the same full force and effect as if expressly set forth herein.

11. The Defendant owes to the Plaintiff the sum of Twelve Thousand One Hundred Thirty Four and 61/100 Dollars ($12,134.61), plus interest from November 10, 2004, on or before which date demand for payment was duly made, and costs pursuant to the account annexed hereto as Exhibit "A" and incorporated herein by reference.

**WHEREFORE**, the Plaintiff, CTC Communications, prays that Judgment enter as follows:

1. Enter judgment against the Defendant, Brockington Securities, Inc., and in favor of the Plaintiff, in the sum of Twelve Thousand One Hundred Thirty Four and 61/100 Dollars ($12,134.61), together with interest from November 10, 2004 on or before which date demand for payment was duly made;

2. Award the Plaintiff, CTC Communications, its costs and disbursements for prosecuting this action, in connection with the Defendant, Brockington Securities, Inc.; and

3. Grant the Plaintiff, CTC Communications, such other and further relief as this Honorable Court may deem just and proper.

Date: _____

Respectfully submitted,
CTC Communications Corp.,
By its attorneys,
Cohn & Dussi, LLC,

_____
John J. Dussi, Esq. BBO# 546355
COHN & DUSSI, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803
(781) 494-0200

# EXHIBIT "A"

Acct # **1089006**

# Brockington Securities Inc.

490 Wheeler road
Hauppauge    NY  11788

billing address if different:

Contacts:    Robert DelVecchio            631 234 0303

Services:    Local ON & OFF NET

Amt Due:    **$12,134.61**

# SOA

| Period | Description | Billing | Payments | Adjustments | Balance Fwd |
|---|---|---:|---:|---:|---:|
| Oct-98 | OCT BILLING SUMMARY | 833.96 | 0.00 | 0.00 | 833.96 |
| Nov-98 | NOV BILLING SUMMARY | 1,110.24 | 833.96 | 0.00 | 1,110.24 |
| Dec-98 | DEC BILLING SUMMARY | 1,177.70 | 1,110.24 | 0.00 | 1,177.70 |
| Jan-99 | JAN BILLING SUMMARY | 941.17 | 1,177.70 | 0.00 | 941.17 |
| Feb-99 | FEB BILLING SUMMARY | 813.95 | 1,755.12 | 0.00 | 0.00 |
| Mar-99 | MAR BILLING SUMMARY | 1,393.30 | 0.00 | 0.00 | 1,393.30 |
| Apr-99 | APR BILLING SUMMARY | 1,888.85 | 1,393.30 | 19.13 | 1,869.72 |
| May-99 | MAY BILLING SUMMARY | 1,394.92 | 3,282.15 | 0.00 | -17.51 |
| Jun-99 | JUN BILLING SUMMARY | 1,678.38 | 1,678.38 | 0.00 | -17.51 |
| Jul-99 | JUL BILLING SUMMARY | 1,480.56 | 1,463.05 | 0.00 | 0.00 |
| Aug-99 | AUG BILLING SUMMARY | 1,662.94 | 0.00 | 0.00 | 1,662.94 |
| Sep-99 | SEP BILLING SUMMARY | 1,125.17 | 1,662.94 | 0.00 | 1,125.17 |
| Oct-99 | OCT BILLING SUMMARY | 859.02 | 1,125.17 | 0.00 | 859.02 |
| Nov-99 | NOV BILLING SUMMARY | 851.20 | 859.02 | 0.00 | 851.20 |
| Dec-99 | DEC BILLING SUMMARY | 874.33 | 851.20 | 0.00 | 874.33 |
| Jan-00 | JAN BILLING SUMMARY | 856.39 | 1,730.72 | 0.00 | 0.00 |
| Feb-00 | FEB BILLING SUMMARY | 573.56 | 573.56 | 0.00 | 0.00 |
| Mar-00 | MAR BILLING SUMMARY | -340.60 | 0.00 | 0.00 | -340.60 |
| Apr-00 | APR BILLING SUMMARY | 1,632.56 | 0.00 | 0.00 | 1,291.96 |
| May-00 | MAY BILLING SUMMARY | 745.66 | 1,291.96 | 4.59 | 741.07 |
| Jun-00 | JUN BILLING SUMMARY | 466.83 | 745.66 | 28.54 | 433.70 |
| Jul-00 | JUL BILLING SUMMARY | 3,267.03 | 1,733.86 | 0.00 | 1,966.87 |
| Aug-00 | AUG BILLING SUMMARY | 1,255.98 | 0.00 | 0.00 | 3,222.85 |
| Sep-00 | SEP BILLING SUMMARY | 1,116.11 | 2,000.00 | 0.00 | 2,338.96 |
| Oct-00 | OCT BILLING SUMMARY | 990.88 | 1,116.11 | 0.00 | 2,213.73 |
| Nov-00 | NOV BILLING SUMMARY | 2,496.54 | 990.88 | 438.67 | 3,280.72 |
| Dec-00 | DEC BILLING SUMMARY | 1,805.81 | 2,762.60 | 0.00 | 2,323.93 |
| Jan-01 | JAN BILLING SUMMARY | 1,597.03 | 0.00 | 0.00 | 3,920.96 |
| Feb-01 | FEB BILLING SUMMARY | 1,491.46 | 0.00 | 0.00 | 5,412.42 |
| Mar-01 | MAR BILLING SUMMARY | 1,809.13 | 4,291.46 | 0.00 | 2,930.09 |
| Apr-01 | APR BILLING SUMMARY | 1,635.40 | 1,551.09 | 0.00 | 3,014.40 |
| May-01 | MAY BILLING SUMMARY | 1,674.03 | 2,500.00 | 0.00 | 2,188.43 |
| Jun-01 | JUN BILLING SUMMARY | 1,852.21 | 0.00 | 11.05 | 4,029.59 |
| Jul-01 | JUL BILLING SUMMARY | 1,823.31 | 3,000.00 | 0.00 | 2,852.90 |
| Aug-01 | AUG BILLING SUMMARY | 1,933.63 | 4,878.31 | 0.00 | -91.78 |

| Month | Description | Amount | Payment | Adj. | Balance |
|---|---|---:|---:|---:|---:|
| Sep-01 | SEP BILLING SUMMARY | 1,734.53 | 2,?58 | 0.00 | -754.83 |
| Oct-01 | OCT BILLING SUMMARY | 1,851.56 | 0.00 | 6.30 | 1,090.43 |
| Nov-01 | NOV BILLING SUMMARY | 1,849.17 | 1,090.43 | 0.00 | 1,849.17 |
| Dec-01 | DEC BILLING SUMMARY | 2,031.85 | 1,900.00 | 0.00 | 1,981.02 |
| Jan-02 | JAN BILLING SUMMARY | 2,025.51 | 0.00 | 0.00 | 4,006.53 |
| Feb-02 | FEB BILLING SUMMARY | 1,796.56 | 2,999.58 | 0.00 | 2,803.51 |
| Mar-02 | MAR BILLING SUMMARY | 1,759.62 | 0.00 | 2.79 | 4,560.34 |
| Apr-02 | APR BILLING SUMMARY | 1,694.77 | 2,557.36 | 0.00 | 3,697.75 |
| May-02 | MAY BILLING SUMMARY | 1,767.54 | 1,000.00 | 0.00 | 4,465.29 |
| Jun-02 | JUN BILLING SUMMARY | 1,681.46 | 2,400.00 | 0.00 | 3,746.75 |
| Jul-02 | JUL BILLING SUMMARY | 1,677.60 | 0.00 | 503.33 | 4,921.02 |
| Aug-02 | AUG BILLING SUMMARY | 1,540.01 | 0.00 | 504.56 | 5,956.47 |
| Sep-02 | SEP BILLING SUMMARY | 1,773.06 | 1,500.00 | 0.00 | 6,229.53 |
| Oct-02 | OCT BILLING SUMMARY | 1,662.40 | 0.00 | 0.00 | 7,891.93 |
| Nov-02 | NOV BILLING SUMMARY | 1,565.34 | 0.00 | 0.00 | 9,457.27 |
| Dec-02 | DEC BILLING SUMMARY | 1,583.90 | 0.00 | 474.80 | 10,566.37 |
| Jan-03 | JAN BILLING SUMMARY | 579.17 | 0.00 | 502.16 | 10,643.38 |
| Feb-03 | FEB BILLING SUMMARY | 217.12 | 0.00 | 108.26 | 10,752.24 |
| Mar-03 | MAR BILLING SUMMARY | 670.83 | 0.00 | 0.51 | 11,422.56 |
| Apr-03 | APR BILLING SUMMARY | 131.68 | 0.00 | 0.00 | 11,554.24 |
| May-03 | MAY BILLING SUMMARY | 134.39 | 0.00 | 0.00 | 11,688.63 |
| Jun-03 | JUN BILLING SUMMARY | 142.78 | 0.00 | 0.00 | 11,831.41 |
| Jul-03 | JUL BILLING SUMMARY | 144.59 | 0.00 | 0.00 | 11,976.00 |
| Aug-03 | AUG BILLING SUMMARY | 146.52 | 0.00 | 0.00 | 12,122.52 |
| Sep-03 | SEP BILLING SUMMARY | 1.24 | 0.00 | 0.00 | 12,123.76 |
| Oct-03 | OCT BILLING SUMMARY | 0.00 | 0.00 | 0.00 | 12,123.76 |
| Nov-03 | NOV BILLING SUMMARY | 0.00 | 0.00 | 0.00 | 12,123.76 |
| Dec-03 | DEC BILLING SUMMARY | 0.00 | 0.00 | 0.00 | 12,123.76 |
| Jan-04 | JAN BILLING SUMMARY | 0.00 | 0.00 | 0.00 | 12,123.76 |
| Feb-04 | FEB BILLING SUMMARY | 0.00 | 0.00 | 0.00 | 12,123.76 |
| Mar-04 | MAR BILLING SUMMARY | 0.00 | 0.00 | 0.00 | 12,123.76 |
| Apr-04 | APR BILLING SUMMARY | 0.00 | 0.00 | 0.00 | 12,123.76 |
| May-04 | MAY BILLING SUMMARY | 5.85 | 0.00 | 0.00 | 12,129.61 |
| Jun-04 | JUN BILLING SUMMARY | 5.00 | 0.00 | 0.00 | 12,134.61 |

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
CTC Communications Corp

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
John J. [illegible], 25 Burlington Mall Rd, Ste F1
Cohn & [illegible], LLC    Burlington, MA [illegible]
(781) [illegible]

### DEFENDANTS
Brookington Industries, Inc

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. sec 1331 [illegible]
Brief description of cause: Monies owed for telephone service rendered, [illegible] and account [illegible], plus interest and [illegible]

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 12,134.61
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____    DOCKET NUMBER _____

DATE 6/14/05
SIGNATURE OF ATTORNEY OF RECORD
[signature] John [illegible]

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____