UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:05-11329 RWZ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **CTC COMMUNICATIONS CORP.,** | \* |
| | \* |
| **Plaintiff** | \* |
| | \* |
| v. | \*    **REQUEST FOR** |
| | \*    **DEFAULT** |
| **BROCKINGTON SECURITIES, INC.,** | \*    **PURSUANT TO** |
| | \*    **RULE 55(a)** |
| **Defendant** | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE CLERK OF THE ABOVE-NAMED COURT:

I, Tracy A. Kish, Esq., of the law firm of Cohn & Dussi, LLC, attorneys for the above-named Plaintiff, CTC Communications Corp., state that the Complaint in which Judgment for affirmative relief is sought against the Defendant, Brockington Securities, Inc., wherein was filed on or about June 24, 2005, and the Summons and Complaint have been served on the Defendant herein on July 29, 2005, as appears from the officer's return; that the time within which the Defendant shall serve a responsive pleading or otherwise defend pursuant to Rule 12(a), has expired and the Defendant herein has failed to serve or file an answer or otherwise defend as to the complaint.

Wherefore, the Plaintiff, CTC Communications Corp., makes application that the Defendant, Brockington Securities, Inc., be defaulted pursuant to Fed. R. Civ. P. Rule 55(a).

SUBSCRIBED THIS 30th DAY OF JANUARY, 2006, UNDER THE PENALTIES OF PERJURY.

Respectfully submitted,
CTC Communications Corp.,
By its attorneys,

/s/ Tracy A. Kish
John J. Dussi, Esq., BBO#546355
Tracy A. Kish, Esq., BBO#656918
Cohn & Dussi, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803
(781)494-0200