# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CTC Communications Corp
        Plaintiff

V.

Brockington Securities, Inc.  Defendant

CIVIL ACTION
05-cv-11329
NO._____

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __CTC Communications Corp.__ _____ for an order of Default for failure of the Defendant, __Brockington Securities, Inc.__ _____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __31__ day of __January__ __2006__ .

                              SARAH A. THORNTON
                              CLERK OF COURT

                    By:   Jay Johnson
                          Deputy Clerk

Notice mailed to:

(Default Notice.wpd - 3/7/2005)